**1**

## Alfred POLIZZI v. UNITED STATES.

Circuit Court of Appeals, Sixth Circuit. December 15, 1927.

No. 4751.

In Error to the District Court of the United States for the Northern District of Ohio; Paul Jones, Judge.

Henry Lavine, of Cleveland, Ohio, for plaintiff in error.

A. E. Bernsteen, U. S. Atty., and John B. Osmun, Asst. U. S. Atty., both of Cleveland, Ohio.

PER CURIAM. Judgment of District Court affirmed.

---

**2**

## Walter PROFFITT v. UNITED STATES.

Circuit Court of Appeals, Sixth Circuit. January 13, 1927.

No. 4748.

In Error to the District Court of the United States for the Eastern District of Tennessee; Xenophon Hicks, Judge.

Everett Greer, of Newport, Tenn., and W. T. Kennerly, of Knoxville, Tenn., for plaintiff in error.

George C. Taylor, U. S. Atty., of Knoxville, Tenn.

PER CURIAM. Judgment of District Court affirmed.

---

**3**

## S. R. RAMBO v. UNITED STATES.

Circuit Court of Appeals, Sixth Circuit. January 6, 1927.

No. 4815.

In Error to the District Court of the United States for the Eastern District of Tennessee; Xenophon Hicks, Judge.

Fred C. Houk, of Knoxville, Tenn., for plaintiff in error.

George C. Taylor, U. S. Atty., of Knoxville, Tenn.

PER CURIAM. Docketed and dismissed upon motion of counsel for the defendant in error.

**4**

## Martin RINI v. UNITED STATES.

Circuit Court of Appeals, Sixth Circuit. January 14, 1927.

No. 4843.

In Error to the District Court of the United States for the Northern District of Ohio.

Herman H. Finkel, of Cleveland, Ohio, for plaintiff in error.

A. E. Bernsteen, U. S. Atty., of Cleveland, Ohio.

PER CURIAM. Docketed and dismissed upon motion of counsel for the defendant in error.

---

**5**

## ROYAL INSURANCE COMPANY OF LIVERPOOL, ENGLAND, v. C. D. JACOBS, Trustee in Bankruptcy of WINSTON ELKHORN COAL COMPANY.

Circuit Court of Appeals, Sixth Circuit. March 18, 1927.

No. 4727.

Appeal from the District Court of the United States for the Eastern District of Kentucky; Andrew M. J. Cochran, Judge.

Johnson, Auxier & Hinton, of Pikeville, Ky., for appellant.

J. J. Moore, of Pikeville, Ky., for appellee.

PER CURIAM. Order of District Court affirmed.